IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWAYNE TYLER

        Plaintiff,

    v.

DAVID HINES and DAVID RAMOS,

        Defendants.

CIVIL ACTION
NO. 20-2919

## ORDER

**AND NOW**, this 26th day of January, 2022, after review of defendants' Motion for Partial Summary Judgement and plaintiffs' opposition thereto, it is hereby **ORDERED** that defendants' Motion is **GRANTED**. All Counts are **DISMISSED** from the case, except for counts II and VI for excessive force and assault and battery against defendant David Ramos, and defendant David Hines is **DISMISSED**.

        BY THE COURT:

        */s/ Jeffrey L. Schmehl*
        **Jeffrey L. Schmehl, J.**